# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 3, 2021

## NO. 03-20-00550-CV

**Andrew C. Pore, Appellant**

**v.**

**Cheyenne Ellis, Appellee**

**APPEAL FROM THE 119TH DISTRICT COURT OF RUNNELS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on September 21, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.